# United States District Court
Northern District of Texas

Karen Mitchell  
Clerk of Court

Dallas Division

6/10/2022

George Allen Court  
191st Judicial District Court  
600 Commerce St #691  
Dallas, TX 75202

RE:  3:21-cv-00719-S

Style: Spell v. Hatfield et al

Dear Clerk:

     Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned case back to the              191st Judicial District Court             , DC-21-03279 along with a copy of the docket sheet.

     If you have any questions regarding this matter, I may be reached at 214-753-2197 .

Sincerely,  
Karen Mitchell, Clerk

By: s/N. Taylor  
     Deputy Clerk

Enclosure  Letter, order and docket sheet

cc:  Counsel of Record  
    Case file (public entry)